IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

**ALVARADO MELENDEZ, JUAN CARLOS**

Debtor(s)

Case No.: 02-04125 SEK

02 JUL -1 PM 1:44

Chapter: 7

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| HOUSEHOLD GOODS | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 |
| CLOTHING | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 |
| 1983 TOYOTA TERCEL | $2,000.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 1998 MITSUBISHI TECHNICA | $7,850.00 | $8,247.87 | $0.00 | $0.00 | ($397.87) |

Documents Included: Appraisal ( ) Creditors Statement ( ) Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARTIES IN INTEREST AS PER THE MASTER ADDRESS LIST.
Reasons for abandonment:

1) Property has no value or is burdensome to the Estate. No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fifteen (15) days of the mailing of this notice.

**DATED**: June 26, 2002

Wilfredo Segarra
PO Box 9023385
San Juan, PR 00902-3385
787-725-6160

cc: all creditors

JUL 0 3 2002



Plaza Cayey, Montellano Mall
Carr. #1 Km. 55.6, Cayey, Puerto Rico 00736
PMB 172 PO Box 6400, Cayey PR 00737

29 de mayo de 2002

Juan C. Alvarado
RR 1 Box 3410
Cidra, PR 00739

Re: **PréstamoAuto # 532-498122**

Estimado Sr. Alvarado:

Según solicitado por usted, el balance de cancelación de cuenta mencionada en epígrafe a la fecha del **29 de mayo de 2002** es de **$ 8,247.87**.

De haber algún cambio de fecha, el balance a cancelar podría variar.

De tener alguna duda se puede comunicar a Dept. de Auto al (787) 729-5035 ó (787) 729-5036.

Cordialmente,

Firma Autorizada

MEMBER FEDERAL DEPOSIT INSURANCE CORPORATION
* A SUBSIDIARY OF THE BANK OF NOVA SCOTIA

SCO-0275

# Black Book
### NATIONAL AUTO RESEARCH

## GUIA OFICIAL MENSUAL PARA EL MERCADO DE CARROS USADOS

COMPLETA COBERTURA DE
CARROS DOMESTICOS
CARROS IMPORTADOS
CARROS DE 4 TRACCION
SUBURBANS
CAMIONETAS (VANS)
VEHICULOS DE UTILIDAD DEPORTIVA
VEHICULOS DE USO LIVIANO
VALOR DEL PRESTAMO
NUMERO DEL MODELO (VIN)
CODIGO UNIVERSAL DEL VEHICULO
GUIA DE ALTO/BAJO MILLAJE
PRECIO SUGERIDO POR LOS FABRICANTES
POR CARROS AL POR MAYOR EN BUENAS
CONDICIONES (CLEAN) Y EN
CONDICIONES NORMALES (AVERAGE)
PRECIOS AL CONSUMIDOR POR CARROS EN
BUENAS CONDICIONES (CLEAN) & EN
CONDICIONES NORMALES (AVERAGE)

www.BlackBookUSA.com

---

*APOYANDO y REPORTANDO*
Subastas Nacionales de Autos desde 1955


### Black Book
### NATIONAL AUTO RESEARCH

www.BlackBookUSA.com

1-800-554-1026

## 1998 MERCEDES-BENZ ML Código de Fabricante: 560

CATEGORÍA MILLAJE: E  [PRECIOS INC. AC AT LTH SR RSE]
* AÑADIR *  * DEDUCIR * 500 W/O SUNROOF
 600 W/O LEATHER

| PRÉSTAMO | UVC | VIN# | MSRP | DESCRIPCIÓN | AL MAYOREO EXC | NORMAL | AL CONSUMIDOR EXC | NORMAL |
|---|---|---|---|---|---|---|---|---|
| 21085 | 078 | AB54E | 33950 | 4D UTILITY ML320 | 23800 | 21300 | 27425 | 24525 |

## 2002 MERCEDES-BENZ G Código de Fabricante: 560

CATEGORÍA MILLAJE: E
 --- 078 YR49E 72500 4D UTILITY G500  [PRECIOS INC. AC AT LTH SR RSE]
 --- --- --- ---

## 2002 MINI COOPER Código de Fabricante: 600

CATEGORÍA MILLAJE: B  [PRECIOS INC. AC SR]
* AÑADIR * --- AUTO TRANS  * DEDUCIR * --- W/O SUNROOF
 --- SPORT PACKAGE
 --- 001 RC334 16300 3D HATCHBACK --- --- --- ---
 --- 017 RE334 19300 3D HATCHBACK S --- --- --- ---

## 2002 MITSUBISHI LANCER Código de Fabricante: 620

CATEGORÍA MILLAJE: A  [PRECIOS INC. AC AT]
* AÑADIR *  * DEDUCIR * --- W/O AUTO TRANS
 --- 044 AJ26E 14697 4D SEDAN ES --- --- --- ---
 --- 044 AJ36E 15897 4D SEDAN LS --- --- --- ---
 --- 044 AJ86E 16287 4D SEDAN OZ --- --- --- ---

## 2002 MITSUBISHI MIRAGE Código de Fabricante: 620

CATEGORÍA MILLAJE: A  [PRECIOS INC. AC AT]
* AÑADIR * --- CD - DE  * DEDUCIR * --- WITHOUT F/AIR
 --- POWER SUNROOF  --- W/O AUTO TRANS
 --- ALUM WHLS
 --- 044 AY11A 12737 2D COUPE DE --- --- --- ---
 --- 050 AY31C 15587 2D COUPE LS --- --- --- ---

## 2001 MITSUBISHI MIRAGE Código de Fabricante: 620

CATEGORÍA MILLAJE: A  [PRECIOS INC. AC AT]
* AÑADIR * 175 CD - DE CPE  * DEDUCIR * 900 WITHOUT F/AIR
 350 POWER SUNROOF  500 W/O AUTO TRANS
 175 ALUM WHLS
| 7140 | 044 AY11A | 12677 | 2D COUPE DE | 7800 | 7000 | 10025 | 8925 |
| 8310 | 050 AY31C | 15527 | 2D COUPE LS | 8950 | 8150 | 11275 | 10175 |
| 8160 | 047 AY26C | 14427 | 4D SEDAN ES | 8800 | 8000 | 11125 | 10025 |
| 9075 | 052 AY36C | 15267 | 4D SEDAN LS | 9700 | 8900 | 12125 | 10950 |

184

## 2000 MITSUBISHI MIRAGE Código de Fabricante: 620

CATEGORÍA MILLAJE: A  [PRECIOS INC. AC AT]
* AÑADIR * 150 CD - DE CPE  * DEDUCIR * 825 WITHOUT F/AIR
 450 W/O AUTO TRANS

| PRÉSTAMO | UVC | VIN# | MSRP | DESCRIPCIÓN | AL MAYOREO EXC | NORMAL | AL CONSUMIDOR EXC | NORMAL |
|---|---|---|---|---|---|---|---|---|
| 5450 | 044 | AY11A | 12557 | 2D COUPE DE | 6300 | 5400 | 8400 | 7125 |
| 6615 | 050 | AY31C | 15407 | 2D COUPE LS | 7450 | 6550 | 9650 | 8400 |
| 6360 | 045 | AY26C | 14787 | 4D SEDAN DE | 7200 | 6300 | 9400 | 8125 |
| 7170 | 052 | AY36C | 16947 | 4D SEDAN LS | 8000 | 7100 | 10300 | 9025 |

## 1999 MITSUBISHI MIRAGE Código de Fabricante: 620

CATEGORÍA MILLAJE: A  [PRECIOS INC. AC AT]
* AÑADIR * 125 CD  * DEDUCIR * 750 WITHOUT F/AIR
 250 POWER SUNROOF  400 W/O AUTO TRANS
| 4645 | 044 AY11A | 11150 | 2D COUPE DE | 5500 | 4600 | 7525 | 6250 |
| 5655 | 050 AY31C | 14600 | 2D COUPE LS | 6500 | 5600 | 8625 | 7350 |
| 5350 | 045 AY26A | 12450 | 4D SEDAN DE | 6200 | 5300 | 8300 | 7025 |
| 6110 | 052 AY36C | 13400 | 4D SEDAN LS | 6950 | 6050 | 9075 | 7875 |

## 1998 MITSUBISHI MIRAGE Código de Fabricante: 620

CATEGORÍA MILLAJE: A  [PRECIOS INC. AC AT]
* AÑADIR * 100 CD  * DEDUCIR * 675 WITHOUT F/AIR
 200 POWER SUNROOF  350 W/O AUTO TRANS
| 3735 | 044 AY11A | 10830 | 2D COUPE DE | 4925 | 3775 | 6850 | 5300 |
| 4575 | 050 AY31C | 14330 | 2D COUPE LS | 5775 | 4625 | 7800 | 6275 |
| 4330 | 045 AY26A | 12360 | 4D SEDAN DE | 5525 | 4375 | 7550 | 5975 |
| 4975 | 052 AY36C | 13300 | 4D SEDAN LS | 6225 | 5025 | 8325 | 6750 |

## 1997 MITSUBISHI MIRAGE Código de Fabricante: 620

CATEGORÍA MILLAJE: A  [PRECIOS INC. AC AT]
* AÑADIR *  * DEDUCIR * 600 WITHOUT F/AIR
 300 W/O AUTO TRANS
| 2820 | 044 AY11A | 10400 | 2D COUPE DE | 3950 | 2850 | 5750 | 4225 |
| 3810 | 050 AY31C | 13210 | 2D COUPE LS | 4950 | 3850 | 6875 | 5375 |
| 3560 | 045 AY262 | 12090 | 4D SEDAN DE | 4700 | 3600 | 6625 | 5125 |
| 4055 | 052 AY36C | 13010 | 4D SEDAN LS | 5250 | 4100 | 7250 | 5700 |

## 1996 MITSUBISHI MIRAGE Código de Fabricante: 620

CATEGORÍA MILLAJE: A  [PRECIOS INC. AC AT]
* AÑADIR *  * DEDUCIR * 525 WITHOUT F/AIR
 250 W/O AUTO TRANS
| 1960 | 055 AA11A | 10440 | 2D COUPE S | 3100 | 2000 | 4850 | 3325 |
| 2765 | 050 AA31C | 13290 | 2D COUPE LS | 3925 | 2825 | 5725 | 4200 |
| 2915 | 056 AA26A | 12950 | 4D SEDAN S | 4075 | 2975 | 5950 | 4350 |

185



# GOBIERNO DE PUERTO RICO
## DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
### DIRECTORIA DE SERVICIOS AL CONDUCTOR
### LICENCIA PARA VEHÍCULOS DE MOTOR

**No. 6-1033975**

La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| Boleto | Fecha | Multas | Cantidad | Mun. |
|---|---|---|---|---|
| | | $0.00 | | |

**PAGADO**
COLECTURÍA
1070 CAYEY 1107
DEPOSITARIO INT. No. 1170
SEP 10 2001
JUANA FLORES GARCÍA
Secretario de Hacienda

Derechos anuales $ACAA 1.00
Seguro obligatorio $9.00
**Importe total $17.00**

ORIGINAL DUEÑO

**Descripción:** 1998 mitsubishi mirage negro automovil (privado) auto privado
**Clasificación de Vehículo:** Tablilla
**Registración:** 542521 **Fecha Registro:** 27-01-99 **Tablilla:** DMG371 **Título:** 2117867
**Año:** 1998 **Marca:** mit **Modelo:** ne **Color:** ne **Puertas:** 4 **Cilin:** #113 **Cab/Fuerza:**
**VIN:** JA3AY26A5WU010723
**Sección:** 37-101
**Peso Desc:** **Capacidad de carga:** 151x248
**Venta Condicional:** ======= 231793 ===== **Recio Compra:**
**Dealer:**
**Vigencia:** 2002 **Marbete:** 179557 **Expiración:** 27 Ago 2002
**NO ES VÁLIDA SIN EL SELLO DE PAGO**

**Dueño del Vehículo y Dirección Postal:**
LA PLATA BZ 1785

**Dirección Residencial, solo si es diferente a Postal:** 2024792 **Licencia** 10may1977 **Fecha Nacimiento**
**Identificación del Dueño:**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JUAN CARLOS ALVARADO MELENDEZ | * | CASE NO. 02-04125-SEK |
| | * | |
| DEBTOR | * | CHAPTER 7 |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, **JUAN CARLOS ALVARADO MELENDEZ**, declare under penalty of perjury as follows:

1. That I am owner of the following automobile: 1983 Toyota Tercel.

2. That I understand that the actual value for the automobile is $2,000.00.

3. The foregoing declaration is submitted under penalty of perjury and I declare that the same is true and correct to the best of my information and belief.

4. That I also declare that although this declaration is in the English language, the same has been translated to me before signing it, fully understanding its contents.

In Caguas, Puerto Rico, this 3 day of May, 2002.

**JUAN CARLOS ALVARADO MELENDEZ**

